## MARYLAND CASUALTY COMPANY v. R. E. MOORE.

### No. 2052—6840.

Commission of Appeals of Texas, Section A.

March 17, 1937.

R. H. Mercer, of San Antonio, for plaintiff in error.

D. W. Suttle, of Uvalde, for defendant in error.

HICKMAN, Commissioner.

The Court of Civil Appeals has correctly decided this case. Its opinion is reported in 74 S.W.(2d) 769. We approve its holding and could add nothing of value to its opinion by further writing on the case. To the authorities therein cited may be added Aetna Life Insurance Company v. Harris (Tex.Civ.App.) 83 S.W.(2d) 1087.

The judgments both of the trial court and the Court of Civil Appeals are affirmed.

Opinion adopted by the Supreme Court.

## Frank JENKINS v. STATE.

### No. 19004.

Court of Criminal Appeals of Texas.

March 17, 1937.

Walter S. Pope, Jr., of Anson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted of the offense of murder, and his punishment was assessed at confinement in the state penitentiary for a term of twenty-five years.

We find in the record an affidavit in due form asking that the appeal be dismissed. The request is granted.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Winfred LESTER v. STATE.

### No. 18988.

Court of Criminal Appeals of Texas.

March 10, 1937.

Tom L. Robinson, of Gatesville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted of the offense of murder without malice, and his punishment was assessed at confinement in the state penitentiary for a term of five years.

We find in the record an affidavit in due form asking that the appeal be dismissed. The request is granted.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.